UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GERALD KRUMREI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAKTRONICS, INC.,<br><br>　　　　　Defendant. | 4:18-CV-04148-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On June 27, 2019, the parties filed a Joint Stipulation for Dismissal, Doc. 15. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 2nd day of July, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERTO A. LANGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE